COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Jules Williams v. Marvlyn Jennifer Williams

Appellate case number:    01-16-00970-CV

Trial court case number:    2015-35489

Trial court:    246th District Court of Harris County

On July 18, 2017, appellee filed a "Motion to Dismiss Appeal, Alternatively, Motion to Strike Appellant's Brief Alternatively, Motion for an Amended Brief." On July 24, 2017, appellant filed a response entitled as a "Motion to Oppose Request by Appellee for Appellant Brief to Be Stricken or Appeal Dismissed." Because appellant's "motion" is a response opposing the relief sought by appellee, we dismiss it as a motion and consider it as an objection to appellee's motion. Appellee's motion to dismiss the appeal and for alternative relief is DENIED.

On July 24, 2017, appellant also filed a "Motion to Request a Default Judgment for Failure to File Reply Brief Within Specified Timeframe." The motion requests that we not consider appellant's brief and impose sanctions for its being filed 4 days after the filing deadline. Appellant's motion is DENIED.

It is so ORDERED. All other pending motions filed as of this date are dismissed as moot.


Judge's signature: /s/ Jane Bland
                Acting individually

Date: July 27, 2017